AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MICHAEL HOWARD HUNTER,
        Petitioner,

v.

UNITED STATES OF AMERICA and STATE OF WASHINGTON,
        Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-064-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED without prejudice to Petitioner pursuing appropriate state court remedies pursuant to the Order Dismissing Petition (Ct. Rec. 10) entered on May 24, 2007.

May 24, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas